UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG AKSELROD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRESH START REALTY, LLC and MOE MATTHEWS,<br><br>Defendants. | Case No. 2:22-cv-00267<br><br>**STATUS REPORT** |

Pursuant to the Court's Order (ECF No. 9), Plaintiff Greg Akselrod submits the following status report:

1. On March 7, 2022, Plaintiff filed its Complaint;

2. On April 5, 2022, service was effected on Defendant Fresh Start Realty, LLC.

3. As of today, no counsel has yet appeared for Defendant Fresh Start Realty, LLC.

4. Plaintiff has thus far been unable to effect service on Defendant Moe Matthews, but will keep attempting.

5. Plaintiff requests that the deadlines set in Doc. No. 9 be vacated and reset until counsel for Defendants have appeared.

STATUS REPORT – 1
(Case No. 2:22-cv-00267)

Turke & Strauss LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1  RESPECTFULLY SUBMITTED AND DATED this 25th day of May, 2022.

TURKE & STRAUSS LLP

By: */s/ Samuel J. Strauss*
     Samuel J. Strauss, WSBA #46971
     Email:  sam@turkestrauss.com
     613 Williamson St., Suite 201
     Madison, Wisconsin 53703
     Telephone: (608) 237-1775
     Facsimile:  (608) 509-4423

     Anthony Paronich
     anthony@paronichlaw.com
     PARONICH LAW, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, MA 02043
     Telephone: (617) 485-0018
     Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

STATUS REPORT – 2
(Case No. 2:22-cv-00267)

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

# **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 25th day of May, 2022.

                    TURKE & STRAUSS LLP

                    By: */s/ Samuel J. Strauss*
                          Samuel H. Strauss, WSBA #46971
                          Email: sam@turkestrauss.com
                          TURKE & STRAUSS LLP
                          613 Williamson St., Suite 201
                          Madison, WI 53703
                          Telephone: (608) 237-1775
                          Facsimile: (608) 509-4423

STATUS REPORT – 3
(Case No. 2:22-cv-00267)

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com