# Affidavit of Process Server
Va. code 8.01-293, 8.01-320, 8.01-325

United States District Court for the
Western District of Washington
NONE, WA

**22-cv-00267-BJR**
Case Number

Return/Hearing Date

**Greg Akselrod, et al**
Plaintiff/Petitioner

In re / Vs

**Fresh Start Realty, LLC, et al**
Defendant/Respondent

Service Information: **Moe Matthews**
**4355 Windsor Lake Drive Louisa, VA 23093**

Documents(s): **Summons; Complaint; Initial Scheduling Order**

I, **Kohen Blackwell** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **May 27, 2022**, at **8:52 AM**

**MANNER OF SERVICE:**

**( X ) PERSONAL SERVICE** - By delivering a copy of the above described process in writing to him/her or entity in person.
Description: Sex: **Male** Skin: **Unknown** Hair: **Gray** Height: **6'2"** Weight: **240** Age: **45-55**

**Service Attempts:**

| Date/Time | Address | Remarks |
|---|---|---|
| 05/23/2022-11:02 AM | 4355 Windsor Lake Drive | No one home. (KB). |

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was

executed on **May 27, 2022** at **Richmond, Virginia**

State of **Virginia**
County of **Chesterfield**

Signature of process server:
Kohen Blackwell

Subscribed and sworn before me, a notary public, this **May 27, 2022**

NOTARY PUBLIC
My commission expires:
Registration numbers:

X ( )Kimberly Satterwhite
January 31, 2024
7864839

( )Mark L Mazza
September 30, 2023
7822027

( ) Tracie M. Balek-Bredwell
June 30, 2024
7862615


FOXMORE
Process Servers, Inc.

11503 Allecingie Parkway, 3rd Floor
Richmond, Va 23235
804-379-5500

Samuel J. Strauss, Esq
Turke & Strauss LLP
Client Ref #: 10004-00647

Job # - 129796

