JUDGE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### SEATTLE DIVISION

| | |
|---|---|
| GREG AKSELROD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRESH START REALTY, LLC and MOE MATTHEWS,<br><br>Defendants. | Case No. 2:22-cv-00267<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Greg Akselrod hereby voluntarily dismisses his claims against Defendants Fresh Start Realty, LLC and Moe Matthews, without prejudice.

Dated: July 14, 2022                          TURKE & STRAUSS LLP

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
sam@turkestrauss.com
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

NOTICE OF DISMISSAL WITHOUT PREJUDICE – 1
(Case No. 2:22-cv-00267)

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

|   |   |
|---|---|
| 1 |   |
| 2 | Anthony Paronich |
| 3 | anthony@paronichlaw.com<br>PARONICH LAW, P.C. |
| 4 | 350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 |
| 5 | Telephone: (617) 485-0018<br>Facsimile: (508) 318-8100 |

*Attorneys for Plaintiff*

NOTICE OF DISMISSAL WITHOUT PREJUDICE – 2
(Case No. 2:22-cv-00267)

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 14th day of July, 2022.

                        TURKE & STRAUSS LLP

                        By: */s/ Samuel J. Strauss*
                              Samuel H. Strauss, WSBA #46971
                              Email: sam@turkestrauss.com
                              TURKE & STRAUSS LLP
                              613 Williamson St., Suite 201
                              Madison, WI 53703
                              Telephone: (608) 237-1775
                              Facsimile: (608) 509-4423

NOTICE OF DISMISSAL WITHOUT PREJUDICE – 3
(Case No. 2:22-cv-00267)

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com